**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TARKUS IMAGING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 1:10-cv-00063-JJF |
| v. ) | |
| ) | **CONFIDENTIAL –** |
| ADOBE SYSTEMS, INC.; ) | **FILED UNDER SEAL** |
| CANON U.S.A., INC.; ) | |
| NIKON AMERICAS, INC.; and ) | |
| NIKON, INC. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF, TARKUS IMAGING INC.'S TECHNOLOGY TUTORIAL DVD**

                                           Respectfully submitted,

                                           CONNOLLY BOVE LODGE & HUTZ LLP

DATED: January 21, 2011

                                           */s/ Chad S.C. Stover*
                                           Henry E. Gallagher, Jr. (#495)
                                           Chad S.C. Stover (#4919)
                                           The Nemours Building
                                           1007 North Orange Street
                                           Wilmington, DE  19899
                                           (302) 888-6288
                                           cstover@cblh.com

                                           *Attorneys for Plaintiff Tarkus Imaging, Inc.*

OF COUNSEL:

Frederick A. Lorig
Steven M. Anderson
Richard H. Doss
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
(213) 443-3000

## CERTIFICATE OF SERVICE

I, Chad S.C. Stover, hereby certify that on the 21st day of January, 2011, a true copy of **TARKUS IMAGING, INC.'S TECHNOLOGY TUTORIAL DVD** was served as follows:

BY HAND DELIVERY

Douglas E. McCann
Fish & Richardson P.C.
222 Delaware Avenue, 17th floor
P.O. Box 1114
Wilmington, DE 19899
(302) 652-5070
dmccann@fr.com

*Attorneys for Defendants*
*Adobe Systems, Inc.*

BY HAND DELIVERY

Steven J. Balick
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendants*
*Nikon Americas, Inc. and Nikon, Inc.*

BY HAND DELIVERY

Richard L. Horwitz
David Ellis Moore
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Canon U.S.A., Inc*

DATED: January 21, 2011

*/s/ Chad S.C. Stover*
Henry E. Gallagher, Jr. (#495)
Chad S.C. Stover (#4919)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899
(302) 888-6288
cstover@cblh.com

*Attorneys for Plaintiff Tarkus Imaging, Inc*